UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-12-CR-798-YGR (DMR) |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL SINGLETARY, | |
| Defendant. | |
| _____/ | |

The court is in receipt of the Motion to Quash Subpoena to the City of San Pablo ("Motion to Quash") [Docket No. 29]. Any responsive papers are due by **12 p.m.** on **May 1, 2013**.

You are hereby notified that the hearing on the Motion to Quash is set for **1:30 p.m.** on **May 2, 2013** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

IT IS SO ORDERED.

Dated: April 29, 2013

DONNA M. RYU
United States Magistrate Judge