KENNETH H. WINE(#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400

Counsel for MICHAEL SINGLETARY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR-12-798 YGR |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS HEARING AND EXCLUDE |
| v. | ) ) | TIME; [PROPOSED] ORDER THEREON |
| MICHAEL SINGLETARY, | ) ) | |
| Defendant. | ) | |

The parties stipulate as follows:

1. The case is currently set for a status hearing on September 19, 2013.

2. The Superseding Indictment was filed on May 7, 2013, and includes a new charge for obstruction of justice. At the parties last status conference, we anticipated resolving discovery issues and being prepared to set motions dates on September 19, 2013.

3. The defense is continuing with its investigation, which is not yet completed due to delays in obtaining public records, which have been requested but not yet produced. The defense has also requested additional discovery that the parties are working on in good faith.

4. The parties request that the Court continue the case from September 19, 2013 to October 3, 2013 to allow for defense preparation and investigation. On October 3, 2013, the parties will be prepared to resolve the case or set motions dates.

5. The parties agree that an exclusion of time under the speedy trial act is necessary for the effective preparation of the defense, and in the interests of justice.

DATED: September 10, 2013          /s/ James Mann
                                   James Mann , Esq.
                                   Attorney for Plaintiff
                                   UNITED STATES

DATED: September 10, 2013          /s/ Kenneth Wine
                                   Kenneth H. Wine, Esq.
                                   Attorney for Defendant
                                   MICHAEL SINGLETARY

## ORDER

FOR GOOD CAUSE SHOWN,

It is hereby ordered that:

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude time between September 19, 2013 and October 3, 2013 would unreasonably deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The court further finds that the ends of justice served by excluding the time between September 19, 2013 and October 3, 2013 from computation under the Speedy Trial Act outweighs the best interests of the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between September 19, 2013 and October 3, 2013 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

The case is set for a status hearing at 2:00 p.m. on October 3, 2013.

DATED: September _17_, 2013              HON. YVONNE GONZALEZ ROGERS
                                         U.S. DISTRICT COURT